**Order entered October 21, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00217-CR

**LYDARRIEN ASHLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-73047-M**

## ORDER

The Court **GRANTS** appellant's October 17, 2014 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TWENTY (20) DAYS** from the date of this order.

/s/  ADA BROWN
    JUSTICE